# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4543

_____

TIMOTHY HUTCHINSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.


December 18, 2018


PER CURIAM.

DISMISSED. *See Daily v. Soloway*, 125 So. 3d 363 (Fla. 1st DCA 2013) (dismissing untimely appeal where appellant argued prison officials prevented him from timely filing appeal); *Brigham v. State*, 769 So. 2d 1100 (Fla. 1st DCA 2000) (explaining that petition for belated appeal is proper avenue for relief where order on postconviction motion was not received until after time to appeal had expired).

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Hutchinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.